IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CRIMINAL NO. _____ |
| v. | : | DATE FILED: _____ |
| **STACY GALLMAN** | : | VIOLATION:<br>18 U.S.C. § 922(g)(1) (possession |
| | : | of a firearm by a felon – 1 count) |
| | : | Notice of forfeiture |

## INDICTMENT

## COUNT ONE

**THE GRAND JURY CHARGES THAT:**

On or about December 27, 2019, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**STACY GALLMAN,**

knowing he had previously been convicted in a court of the Commonwealth of Pennsylvania of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, that is, a Glock, model 30, .45 caliber semiautomatic pistol, bearing serial number DSE775US, loaded with 11 live rounds of ammunition, and the firearm was in and affecting interstate and foreign commerce.

In violation of Title 18, United States Code, Section 922(g)(1).

## NOTICE OF FORFEITURE

THE GRAND JURY FURTHER CHARGES THAT:

As a result of the violation of Title 18, United States Code, Section 922(g)(1), set forth in this indictment, defendant

**STACY GALLMAN**

shall forfeit to the United States of America all firearms and ammunition involved in the commission of such violation(s), including, but not limited to:

a. a Glock, model 30, .45 caliber semiautomatic pistol, bearing serial number DSE775US; and

b. 31 live rounds of ammunition.

All pursuant to Title 28, United States Code, Section 2461(c) and Title 18, United States Code, Section 924(d).

A TRUE BILL:

_____
FOREPERSON

**WILLIAM M. McSWAIN**
**United States Attorney**

2

No. _____

**UNITED STATES DISTRICT COURT**

Eastern District of Pennsylvania

<u>Criminal Division</u>

THE UNITED STATES OF AMERICA

vs.

**STACY GALLMAN**

INDICTMENT

Counts

18 U.S.C. § 922(g)(1)(possession of a firearm by a felon – 1 count)
Notice of forfeiture

A true bill.

_____
Foreman

Filed in open court this _____ day,
Of _____ A.D. 20___

_____
Clerk

Bail, $_____