IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | CRIMINAL NO. 20-298 |
|---|---|
| v. | |
| STACY GALLMAN | |

## ORDER

**AND NOW**, this 3rd day of June, 2021, upon consideration of Defendant's Motion to Suppress (Doc. No. 22), the Government's response (Doc. No. 24), Defendant's Supplemental Memorandum of Law (Doc. No. 30), the Government's supplemental response (Doc. No. 31), and the evidence presented during the May 11, 2021 evidentiary hearing, and for the reasons set forth in the accompanying Memorandum, it is **ORDERED** that Defendant's motion is **DENIED**.

**IT IS SO ORDERED.**

BY THE COURT:

/s/ *Karen Spencer Marston*
KAREN SPENCER MARSTON, J.